1  Frank M. Liberatore (SBN 119976)
   Samantha N. Hoffman (SBN 212135)
2  Christopher D. Whyte (SBN 245169)
   JACKSON LEWIS LLP
3  5000 Birch Street, Suite 5000
   Newport Beach, California  92660
4  Tel:  (949) 885-1360
   Fax:  (949) 885-1380
5  liberatoref@jacksonlewis.com
   hoffmans@jacksonlewis.com
6  whytec@jacksonlewis.com

JS-6

7  Attorneys for Defendant KING PHARMACEUTICALS, INC.

8
                   UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   JANET SUE MARUCCI, R.N,               )  CASE NO.: SACV08-00508 CJC (ANx)
12                                        )
              Plaintiff,                  )  **[PROPOSED]** ORDER OF DISMISSAL
13                                        )
       vs.                                )
14                                        )
   KING PHARMACEUTICALS, INC. a           )
15 Tennessee corporation; RICHARD         )
   BODNER; DOES I through X, inclusive,   )
16            Defendants.                 )
                                          )
17

18     The parties having stipulated that the above-captioned matter be dismissed with
19 prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil
20 Procedure 41, the above-captioned action is hereby dismissed in its entirety with
21 prejudice as to all claims and all parties.  Each party shall bear their own attorneys' fees
22 and costs.

23     IT IS SO ORDERED.

24
                                          /s/ Cormac J. Carney
25 Dated: March 2, 2009                   _____
                                          Hon. Cormac J. Carney
26                                        United States District Judge

27

28

---

CASE NO. SACV08-00508 CJC (ANx)      1      **[PROPOSED]** ORDER OF DISMISSAL